IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANCISCA BALOGUN and | § | |
| OLUSEGUN BALOGUN, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-3651-N |
| | § | |
| JP MORGAN CHASE, | § | |
|     Defendant. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss*, filed November 20, 2015 (doc. 5) should be **GRANTED**, and the plaintiffs' motion for remand, filed January 4, 2016 (doc. 10) is **DENIED**. By separate judgment, the plaintiffs' claims against the defendant will be **DISMISSED with prejudice.**

**SIGNED** this 6th day of July, 2016.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS